NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL LEE GREEN,                       )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D19-956
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Charlotte County;
Lisa S. Porter, Judge.

Samuel Lee Green, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.